# ALABAMA COURT OF CRIMINAL APPEALS



October 11, 2024

**CR-2023-0777**
T.K.N.  v. State of Alabama (Appeal from Morgan Circuit Court: CC-20-448)

## <u>NOTICE</u>

You are hereby notified that on October 11, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk